UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

GIOVANNI PENNETTA

**Consent Order of Restitution**

25 Cr. 577 (JSR)

---

Upon the application of the United States of America, by its attorney, Jay Clayton, United

States Attorney for the Southern District of New York, Samuel P. Rothschild, Assistant United

States Attorney, of counsel; the presentence investigation report; the defendant's conviction on

Count Two of the Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1.    **Amount of Restitution**

Giovanni Pennetta, the defendant, shall pay restitution in the total amount of

$11,928,266.25, pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664, to the victims of the offense

charged in Count Two.  The names, addresses, and specific amounts owed to each person are set

forth in the schedule attached hereto as Schedule A.  Upon advice by the United States Attorney's

Office of a change of address of a person, the Clerk of Court is authorized to send payments to the

new address without further order of this Court.

2.    **Apportionment Among Recipients**

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United

States is paid.  Restitution shall be paid to the persons identified in Schedule A, on a pro rata basis,

whereby each payment shall be distributed proportionally to each person based upon the amount

of loss for each person, as set forth more fully in Schedule A.

2025.02.20

3.    **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2).

The defendant will commence monthly installment payments of at least $1,000, or at least 15% of the defendant's gross income, whichever is greater, payable on the first of each month, except that while the defendant serves a term of imprisonment, the required installment payments may be made through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Program (IFRP), subject to 18 U.S.C. § 3664(n), and, if the defendant does not participate in the IFRP, his monthly payments while serving his term of imprisonment shall be at least $1,000, or at least 15% of the defendant's gross income, whichever is greater, payable on the first of each month.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

4.    **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt.  Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required

2025.02.20                                         2

by 18 U.S.C. § 3611. The defendant shall write his name and the docket number of this case on each check or money order.

### 5.    Change in Circumstances

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

### 6.    Term of Liability

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

### 7.    Sealing

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the schedule attached hereto as Schedule A shall be filed under seal, except that copies may be retained and used by or disclosed to the listed

persons, the Government, the investigating agency, the Clerk's Office, and the Probation Office,

as needed to effect and enforce this Order, without further order of this Court.


AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____          6/9/26
Samuel P. Rothschild                    DATE
26 Federal Plaza, 37th Floor
New York, New York 10278
Tel.: (212) 637-2504


GIOVANNI PENNETTA

By: _____          6/9/26
Giovanni Pennetta                       DATE

By: _____          6/9/26
Amy Gallicchio, Esq.                    DATE
52 Duane Street, 10th Floor
New York, New York 10007
Tel: (212) 417-8728


SO ORDERED:

_____               6/9/26
HONORABLE JED S. RAKOFF                  DATE
UNITED STATES DISTRICT JUDGE


2025.02.20                    4

## Schedule A



| Name | Address | Amount |
|------|---------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total |  | $11,928,266.25 |